```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0158--CV (HRH)
                    "SOA V GALE NORTON ET AL"

        Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 07/05/05
           Closed: NO

     Jurisdiction: (2) U.S. Defendant
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (890) Other Statutory Actions

           Origin: (5) Transferred
           Demand:
       Filing fee: Waived
         Trial by:
```

Parties of Record:                          Counsel of Record:

```
PLF 1.1          ALASKA, STATE OF           William P. Horn
                                            Birch Horton et al
                                            1155 Connecticut Avenue NW
                                            Suite 1200
                                            Washington, DC 20036-4306
                                            202-659-5800
                                            FAX 202-659-1027


DEF 1.1          NORTON, GALE               Dean Dunsmore
                                            Environment & Natural Resources
                                            U.S. Department of Justice
                                            801 B Street, Suite 504
                                            Anchorage, AK 99501-3657
                                            907-271-5452
                                            FAX 907-271-5827


DEF 2.1      [T] VENEMAN, ANN               No counsel found for this party!

DEF 2.2          JOHANNS, MIKE              Dean Dunsmore
                                            (see above)

DII 1.1          ALASKA FEDERATION OF NATIVES   Robert T. Anderson
                                            University of WA School of Law
                                            Box 353020
                                            Seattle, WA 98195-3020
                                            206-685-2861
                                            FAX 206-616-3426


DII 2.1          JOHN, KATIE                Heather Kendall-Miller
                                            Native American Rights Fund
                                            420 L Street, Suite 505
                                            Anchorage, AK 99501
                                            907-276-0680
                                            FAX 907-276-2466
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A05-0158--CV (HRH)
                 "SOA V GALE NORTON ET AL"

        Including terminated parties, excluding terminated counsel
```

Parties of Record:                              Counsel of Record:

| | | |
|---|---|---|
| DII 3.1 | NICHOLIA, GERALD | Heather Kendall-Miller (see above) |
| DII 4.1 | TANANA, NATIVE VILLAGE OF | Heather Kendall-Miller (see above) |
| DII 5.1 | ALASKA INTER-TRIBAL COUNCIL | Heather Kendall-Miller (see above) |

```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CIVIL DOCKET ENTRIES FOR CASE A05-0158--CV (HRH)
                            "SOA V GALE NORTON ET AL"

                              For all filing dates
```

Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
Magistrate Judge:
   Referral Rule:
           Filed: 07/05/05
          Closed: NO

    Jurisdiction: (2) U.S. Defendant
   PLF Diversity:
   DEF Diversity:

  Nature of Suit: (890) Other Statutory Actions

          Origin: (5) Transferred
          Demand:
      Filing fee: Waived
        Trial by:

| Document # | Filed | Docket text |
|---|---|---|
| NOTE - 1 | 07/05/05 | Notation: "ALL TRANSFERRED DOCUMENTS ARE LISTED ON THE MANUAL DOCKET SHEET LODGED IN THE ORIGINAL FILE" |
| 16 - 1 | 07/05/05 | Copy of USDC of District of Columbia Order transferring civil case 05-00012 (RMC) to Anchorage, AK w/att documents. (docs 1-15 in folder behind file) |
| 17 - 1 | 07/06/05 | DII 1 Unopposed motion to intervene as defendant w/att memo & prop ans. |
| 18 - 1 | 07/06/05 | DII 2-5 motion (partially unopposed) for intervention w/att memo & prop ans. |
| 19 - 1 | 07/13/05 | JWS Notice of Transfer & Order; plf cnsl to file joint stat rpt w/i 15 days. cc: cnsl |
| 20 - 1 | 07/14/05 | JWS Minute Order that by agreement of the judges this case is reassigned to Judge Holland for all further proceedings; use case number A05-0158 CV (HRH) on all future filings. cc: cnsl, Judge Holland |
| 21 - 1 | 07/18/05 | DEF 1-2 Attorney Appearance of Dean Dunsmore. |
| 22 - 1 | 07/19/05 | DEF 1-2 motion to consolidate with Katie John v. USA (A05-006 CV) w/att memo. |
| 23 - 1 | 07/25/05 | PLF 1 limited opposition to DII 1 unoppo mot to intervene as defendant (17-1), DII 2-5 motion (partially unopposed) for intervention (18-1). |
| 24 - 1 | 07/26/05 | DII 2-5 reply to opposition to DII 2-5 motion (partially unopposed) for intervention (18-1). |
| 25 - 1 | 07/28/05 | HRH Order granting unopposed motion to intervene as defendant (17-1). cc: cnsl |
| 25A- 1 | 07/28/05 | DII 1 Answer to Complaint. |
| 26 - 1 | 07/28/05 | PLF 1; DEF 1-2 Joint Scheduling & Planning Conference Report. |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A05-0158--CV (HRH)
                    "SOA V GALE NORTON ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 27 - 1 | 07/29/05 | PLF 1 non-opposition to DEF 1-2 motion to consolidate with Katie John v. USA (A05-006 CV) (22-1). |
| 28 - 1 | 07/29/05 | DII 1 reply to opposition to DII 1 Unopposed motion to intervene as defendant (17-1), DII 1 joinder in reply to limited oppo to DII 2-5 motion (partially unopposed) (18-1). |
| 29 - 1 | 08/02/05 | HRH Order granting mot (partially unoppo) for intervention (18-1). cc: cnsl |
| 30 - 1 | 08/02/05 | DII 2-5 Answer to Complaint. |
| 31 - 1 | 08/02/05 | HRH Scheduling Order that by 10/3/05 defs to have assembled & prepared index of administrative record & provided cy of index to parties; parties to rpt to crt by 11/15/05 what form & when copies of administrative record can be fld. cc: cnsl |
| 32 - 1 | 08/04/05 | HRH Order granting motion to consolidate with Katie John v. USA (A05-006 CV) (22-1); all future filings are to be in A05-006 CV (HRH); proceedings are stayed until 10/1/05. cc: cnsl, A05-006 CV (HRH) |